# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

CRIMINAL NO.:   13-50079-005          USA v. VICTORIA RAMOS

COURT PERSONNEL:                      APPEARANCES:

Judge:    TIMOTHY L. BROOKS           Govt.: BRANDON CARTER

Clerk: GAIL GARNER                    Deft.: DREW MILLER

Reporter: DANA HAYDEN


## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.

- (X) Inquiry made that defendant is satisfied with counsel.

- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Government moves for downward departure pursuant to 5K1.1 - granted by court and 2-level departure awarded.

- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

- (X) Attorney for government afforded opportunity to make statement to court.

Criminal No.:        13-50079-005

(X)   Court varies downward and imposed sentence as follows:

   96 months imprisonment; 3 years supervised release; $1,500.00 fine imposed - interest waived.

(X)   Defendant ordered to comply with standard conditions of supervised release.

(X)   Defendant ordered to comply with the following special conditions of supervised release:

   1. Submit her person, residence, place of employment, and vehicle to a search conducted by the U.S. Probation Officer at a reasonable time and in a reasonable manner based on reasonable suspicion of evidence of any violation of conditions of supervised release might thereby be disclosed.

   2. Submit to inpatient or outpatient substance abuse evaluation, counseling, testing, and/or treatment, as deemed necessary and directed by the U.S. Probation Officer.

(X)   Defendant ordered to pay total special assessment of $100.00, which shall be due immediately.

(X)   Defendant advised of right to appeal sentence imposed.

(X)   Defendant advised of right to apply for leave to appeal in forma pauperis.

(X)   Indictment dismissed on motion by the government.

(X)   Defendant remanded to custody of USMS.

DATE: June 11, 2014                                    Proceeding began: 1:07 pm

                                                                              ended: 2:21 pm