IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

V.                          CASE NO. 5:13-CR-50079-005

VICTORIA RAMOS                                        DEFENDANT/PETITIONER

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 221) filed in this case on January 6, 2017, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 221) is **ADOPTED IN ITS ENTIRETY**, and Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 217) is **DISMISSED WITH PREJUDICE**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 13th day of February, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE